UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SULTAN MOHAMMAD FAKHI DAMATI,

Plaintiff,

v. Case No: 2:25-cv-683-JES-NPM

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; DIRECTOR OF THE NATIONAL BENEFITS CENTER AT UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

---

**ORDER**

This matter comes before the Court on defendant's Unopposed Motion to Remand (Doc. #11) filed on September 30, 2025. The government seeks to remand the Form N-400 Application for Naturalization to the United States Citizenship and Immigration Services for adjudication with instructions to adjudicate the application within 90 days of the remand. Plaintiff does not oppose the motion. The motion will be granted pursuant to 8 U.S.C. § 1447(b).

Accordingly, it is hereby

**ORDERED:**

1. Defendants' Unopposed Motion to Remand (Doc. #11) is **GRANTED.**
2. The matter is hereby **remanded** to the United States Citizenship and Immigration Services for adjudication with instruction to adjudicate the same within **NINETY (90) DAYS** of the date of this Order. The Clerk of Court shall mail a certified copy of this Order to the Clerk of Court of the United States Citizenship and Immigration Services.
3. The Clerk shall terminate all pending deadlines and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this 1st day of October 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record